THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MATIOS LEYLEGIAN and NISHAN SARKISIAN, Appellants.

(Submitted March 12, 1935; decided March 14, 1935.)

Motion to amend remittitur denied. We do say, however, that if there were any errors presented by exceptions, they did not affect the substantial rights of these two defendants. (See 266 N. Y. 606.)